IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-3258 |
| | ) | |
| JANET DESPOT, M.D., RICKEY E. WEIR, CARDINAL RESPIRATORY PC, | ) ) ) ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter came before the Court for hearing on the Government's Second Motion for Order to Show Cause (d/e 12).  Plaintiff was present by Assistant United States Attorney Patrick Hansen.  Defendant Janet Despot, M.D., was present in person and as a representative of Defendant Cardinal Respiratory, P.C. with their attorney J. William Roberts.  Defendant Rickey Weir was present in person and with his attorneys, Douglas J. Quivey and James R. Potter.

Defendant Weir acknowledged that he had violated this Court's April 17, 2007, Agreed Order (d/e 10).  Based on this admission, the Court held

Weir in contempt and ordered him to pay a fine of $2,500.00 within the next thirty days. The parties represented to the Court that Cardinal Respiratory has engaged a billing service, I-Plexus Solutions, to prepare and send all bills. The Court directed Dr. Despot and Cardinal Respiratory to advise I-Plexus Solutions in writing that the Government is to have access to all of Cardinal Respiratory's billing records. The Court ordered that a copy of this letter be forwarded to attorney Hansen and filed with the Clerk of the Court within ten days. The Rule to Show Cause was discharged against Defendants Despot and Cardinal Respiratory, P.C..

The Court reaffirmed the terms of its prior Injunction (d/e 2) and the terms of its April 17, 2007, Agreed Order, expressly noting that Defendant Weir is to have no contact or involvement whatsoever with the business of Cardinal Respiratory, P.C., and no contact with any agent or employee of Cardinal Respiratory except Janet Despot. Defendant Weir acknowledged that he has read and understands both the Injunction and the April 17, 2007, Agreed Order.

THEREFORE, Defendant Weir was held in contempt and ordered to pay a fine of $2,500.00 within thirty days. The Rule to Show Cause was discharged against Defendants Despot and Cardinal Respiratory, P.C.

However, Defendant Despot is ordered to advise I-Plexus Solutions in writing that the Government is to have access to all of Cardinal Respiratory's billing records and to file a copy of this letter with the Clerk of the Court within 10 days.

IT IS THEREFORE SO ORDERED.

ENTER: _____April 24_____, 2007.

FOR THE COURT.

                                                _____s/ Jeanne E. Scott_____
                                                      JEANNE E. SCOTT
                              UNITED STATES DISTRICT JUDGE