IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-3258 |
| | ) | |
| JANET DESPOT, M.D., RICKEY E. WEIR, and CARDINAL RESPIRATORY, P.C., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on a Joint Motion to Amend Final Judgment (d/e 20), jointly filed by Defendant Despot and the United States. Despot and the United States ask the Court to strike certain language from the second numbered paragraph of its Opinion, dated October 29, 2009, and to enter a corresponding amended judgment.  No objections to the Motion to Amend have been filed.  The Court has reviewed the Motion to Amend and deems the request to be appropriate and timely under Fed. R. Civ. P. 59(e).

THEREFORE, the Joint Motion to Amend Final Judgment (d/e 20) is

1

ALLOWED. The Clerk is directed to enter an Amended Judgment in favor of the United States and against Defendants Janet Despot, M.D., Rickey E. Weir, and Cardinal Respiratory, P.C. as set forth below. Defendants and their agents, officers and employees, are hereby permanently enjoined and restrained as follows:

1. From billing Medicare (Part B, Part A and DMERC), Medicaid, Insurance companies and individuals for office medical supplies considered by regulations or specific insurance guidelines to be part of a physician's practice expense, including filters, mouthpieces, syringes, alcohol wipes, dermapicks and bandages;

2. From submitting claims to Medicare, Medicaid, other insurance carriers or to individuals for more services than are actually performed (as defined by Medicare or specific insurance company guidelines);

3. From submitting claims to Medicare, Medicaid, other insurance carriers or to individuals for more allergy doses than are actually created for a patient to be administered to that patient;

4. From submitting claims to Medicare, Medicaid, or other insurance carriers with the place of service noted as being "home" when, in fact, the service, if any, was provided at a Cardinal Respiratory related

facility;

5.    From submitting any claims for "durable medical" equipment or supplies to AdminaStar Federal or any other Medicare DMERC;

6.    From "balance billing" patients; that is, from pursuing charges from patients beyond the amount specifically allowed by Medicare Part B or other insurance companies and any deductible and co-insurance specifically allowed by Medicare or by the insurance contract;

7.    Rickey E. Weir is ordered to have no contact or involvement whatsoever with the business of Cardinal Respiratory, P.C. As part of this order, Rickey E. Weir is ordered to remain away from the business premises of Cardinal Respiratory at all times, and is to have no access (including electronic) to any of the computers, accounts or files of Cardinal Respiratory, P.C. without written agreement of the parties or leave of Court. Finally, Rickey E. Weir is ordered to have no contact with any agent or employee of Cardinal Respiratory except Janet Despot-Weir.

IT IS THEREFORE SO ORDERED.

ENTER:   November 30, 2009

      FOR THE COURT:

                                        s/ Jeanne E. Scott
                                        JEANNE E. SCOTT
                            UNITED STATES DISTRICT JUDGE